UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

         -v.-

DARRIUS CHRISTOPHER,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**INDICTMENT**

19 Cr.

19 CRIM 875

COUNT ONE

The Grand Jury charges:

On or about October 25, 2019, in the Southern District of New York and elsewhere, DARRIUS CHRISTOPHER, the defendant, knowing that he had previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, knowingly did possess, in and affecting commerce, ammunition, which previously had been shipped and transported in interstate and foreign commerce, to wit, on October 25, 2019 on Ryer Avenue in the Bronx, New York, CHRISTOPHER and another individual ("CC-1") possessed ammunition and used such ammunition to shoot three individuals.

(Title 18, United States Code, Sections 922(g)(1).)

_____
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

v.

**DARRIUS CHRISTOPHER,**

Defendant.

**INDICTMENT**

19 Cr.

(18 U.S.C. §§ 922(g)(1))

GEOFFREY S. BERMAN
United States Attorney.

_____ Foreperson.