UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES,

                              No. 19 CR 875-LTS

                Plaintiff,

     -against-

DARRIUS CHRISTOPHER,

                Defendant.
-------------------------------------------------------x

ORDER

In advance of the anticipated hearing regarding detention at the conference scheduled for Wednesday, December 18, 2019, the government's written submission is due by **4 p.m. Monday, December 16, 2019**, and the defendant's written submission is due by **4 p.m. Tuesday, December 17, 2019**.

SO ORDERED.

Dated: New York, New York
       December 13, 2019

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          United States District Judge