

SULLIVAN | BRILL
ATTORNEYS AT LAW

TRINITY CENTRE
115 BROADWAY, 17TH FLOOR
NEW YORK, NY 10006
TEL: (212) 566-1000
FAX: (212) 566-1068

**MEMO ENDORSED**         December 15, 2019

|   |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 12/16/19 |

<u>Via ECF</u>
Honorable Laura Taylor Swain
United States District Judge
500 Pearl Street
New York, New York 10007-1312

Re: <u>United States v. Christopher</u>
Ind. # 19 Cr. 875 (LTS)

Dear Judge Swain,

     Mr. Christopher is scheduled for an initial status conference on Wednesday, December 18, 2019 at 3:00pm. It was my intention to present argument during that conference for Your Honor to consider releasing Mr. Christopher upon a proposed bail request. A schedule for submissions was therefore set. However, I now require additional time to speak with potential suretors and compile an effective bail package. Therefore, I no longer intend to make a bail request on Wednesday, but continue to reserve my right to so in the future.

     Thank you for your consideration.

*The bail hearing is adjourned sine die. The initial conference will go forward as scheduled.*

Very Truly Yours,

SULLIVAN & BRILL, LLP

By: Steven Brill

SO ORDERED:
_____ 12/16/19
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE