UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES,

                                                  No. 19 CR 875-LTS

                Plaintiff,

     -against-

DARRIUS CHRISTOPHER,

                Defendant.
------------------------------------------------------x

## ORDER

The hearing regarding detention of Mr. Christopher is scheduled for **Wednesday, January 22, 2020, at 11 a.m.** in courtroom 17C.

    SO ORDERED.

Dated: New York, New York
       January 15, 2020

                                           /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          United States District Judge