

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 30, 2020

**BY ECF**
Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Darrius Christopher*, 19 Cr. 875 (LTS)

Dear Judge Swain:

    The Government writes to request, with the consent of the defendant, that the Court so-order the attached proposed protective order. The proposed order will enable the Government to produce information such as 911 calls that have sensitive information contained therein.

    In addition, the parties request that the Court adjourn the status conference currently scheduled for February 4, 2020 for approximately four weeks or at a date convenient for the Court.[1] This will enable the parties to discuss a potential disposition to this matter and for the Government to produce the additional discovery. To the extent the Court agrees to adjourn the conference, the Government requests that time be excluded until the date of the next conference. The defendant does not object to that request.

    The Government is available to address any questions the Court may have.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney for the
    Southern District of New York

By: /s/
    Ryan B. Finkel / Mollie Bracewell
    Assistant United States Attorneys
    (212) 637-6612 / 2218

cc:    Steven Brill, Esq. (by ECF)

---

[1] The defendant has suggested February 27, 2020 in the afternoon or any time on March 2, 2020. Either would work for the government.