

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-31-2020

January 30, 2020

**BY ECF**
Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re: *United States v. Darrius Christopher*, 19 Cr. 875 (LTS)

Dear Judge Swain:

The Government writes to request, with the consent of the defendant, that the Court so-order the attached proposed protective order. The proposed order will enable the Government to produce information such as 911 calls that have sensitive information contained therein.

In addition, the parties request that the Court adjourn the status conference currently scheduled for February 4, 2020 for approximately four weeks or at a date convenient for the Court.[1] This will enable the parties to discuss a potential disposition to this matter and for the Government to produce the additional discovery. To the extent the Court agrees to adjourn the conference, the Government requests that time be excluded until the date of the next conference. The defendant does not object to that request.

The Government is available to address any questions the Court may have.

THE APPLICATION IS GRANTED. THE CONFERENCE IS adjourned 2/27/20 AT 2:00 pm IN COURTROOM 17C. THE COURT FINDS PURSUANT TO 18 U.S.C. §3161(H)(7)(A) THAT THE ENDS OF JUSTICE SERVED BY AN EXCLUSION OF THE TIME FROM TODAY'S DATE THROUGH 2/27/20 OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL FOR THE REASONS STATED ABOVE. SO ORDERED.

/s/ 1/31/20
LAURA TAYLOR SWAIN, USDJ

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: /s/
Ryan B. Finkel / Mollie Bracewell
Assistant United States Attorneys
(212) 637-6612 / 2218

cc: Steven Brill, Esq. (by ECF)

---

[1] The defendant has suggested February 27, 2020 in the afternoon or any time on March 2, 2020. Either would work for the government.