

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-14-20

February 13, 2020

**BY ECF**
Hon. Laura Taylor Swain     MEMO ENDORSED
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Darrius Christopher, et. al.*, S1 19 Cr. 875 (LTS)

Dear Judge Swain:

The Government writes to request that the Court schedule a pretrial conference and an arraignment on the above-captioned superseding indictment for February 27, 2020 at 2:00 p.m. The Government further requests that time be excluded until February 27, 2020. The defendants do not object to these requests.

By way of background, the Government filed a superseding indictment in this matter on February 11, 2020, which added charges and a new defendant, Robert Wade. A pretrial conference was previously scheduled for Mr. Christopher on February 27, 2020 at 2:00 p.m. The parties agree it would be efficient to arraign both defendants at that time and also update the Court on the status of the case.

The Government is available to address any questions the Court may have.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: /s/ _____
Ryan B. Finkel
Assistant United States Attorney
(212) 637-6612

THE APPLICATION IS GRANTED. THE CONFERENCE IS Scheduled for 2/27/20 AT 2:00 pm IN COURTROOM 17C. THE COURT FINDS PURSUANT TO 18 U.S.C. §3161(H)(7)(A) THAT THE ENDS OF JUSTICE SERVED BY AN EXCLUSION OF THE TIME FROM TODAY'S DATE THROUGH 2/27/20 OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL FOR THE REASONS STATED ABOVE. SO ORDERED.
DE # 19 resolved.
/s/ LAURA TAYLOR SWAIN, USDJ   2/14/20

cc:   Steven Brill, Esq. (by ECF)
      Anthony Strazza, Esq. (by ECF)