UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                 No.  19-CR-875-LTS

CHRISTOPHER et al.,

       Defendants.

-------------------------------------------------------x

### Order

The Bureau of Prisons is hereby directed to permit the defendants in this case, Darrius Christopher and Robert Wade, to review discovery materials in their respective housing units at reasonable times.  The Assistant United States Attorney is directed to provide a copy of this Order to the legal staff of the MCC promptly.

      SO ORDERED.

Dated: New York, New York
       May 4, 2020

                                                                                  /s/ Laura Taylor Swain
                                                                       LAURA TAYLOR SWAIN
                                                                       United States District Judge