UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                    No.  19-CR-875-LTS

CHRISTOPHER et al.,

        Defendants.

---------------------------------------------------------x

ORDER

The pretrial conference currently scheduled to take place on **July 10, 2020, at 2:30 p.m**. is hereby rescheduled to take place by teleconference on **July 15, 2020.**  No conference time can be confirmed before the end of the preceding week, so counsel are requested to keep their calendars open between the hours of **9 a.m. and 2 p.m. on July 15, 2020**, until further notice.

      SO ORDERED.

Dated: New York, New York
      June 25, 2020

                              __/s/ Laura Taylor Swain_____
                              LAURA TAYLOR SWAIN
                              United States District Judge