

TRINITY CENTRE
115 BROADWAY, 17TH FLOOR
NEW YORK, NY 10006
TEL: (212) 566-1000
FAX: (212) 566-1068

July 3, 2020

<u>Via ECF</u>
Honorable Laura Taylor Swain
United States District Judge
500 Pearl Street
New York, New York 10007-1312

## MEMO ENDORSED

<u>Re</u>: <u>United States v. Christopher</u>
Ind. # 19 Cr. 875 (LTS)

Dear Judge Swain,

    I am assigned to represent Mr. Christopher pursuant to CJA. Mr. Christopher is presently before this Court charged with 18 U.S.C. 922(g) (1), Possession of Ammunition by a Felon. The government has recently exchanged discovery that consists mainly of video surveillance, police documentation, cellular phone material, and search warrants. Presently, the matter is in a pre-trial motion posture, and may very well move towards a trial. Given our intention to file pre-trial motions, continue to communicate with Mr. Christopher, conduct investigations, and begin preparation for a trial, I respectfully make the following request:

    Approval of CJA funds, pursuant to 18 U.S.C. § 3006A, to use the services of a full-time associate, James Healy, from my office (Sullivan Brill, LLP) to assist me in Mr. Christopher's representation. Requested services will include client-consultations, counsel visits, document review and assistance with legal research, writing, motion practice, and trial preparation. I propose an associate rate of $105/hour. I anticipate that, in total, at the pre-trial stage, our associate will incur an estimated 50 hours.

    Thank you for your consideration

Very Truly Yours,

SULLIVAN|BRILL, LLP

_____
By: Steven Brill

The request is granted. DE#42 resolved.

SO ORDERED.
7/6/2020
/s/ Laura Taylor Swain, USDJ