

TRINITY CENTRE
115 BROADWAY, 17TH FLOOR
NEW YORK, NY 10006
TEL: (212) 566-1000
FAX: (212) 566-1068

July 7, 2020

<u>Via ECF</u>
Honorable Laura Taylor Swain
United States District Judge
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

Re: <u>United States v. Christopher</u>
Ind. # 19 Cr. 875 (LTS)

Dear Judge Swain:

    In accordance with Your Honor's pre-trial motion schedule, defendant's motions are due Wednesday, July 8, 2020. Mr. Strazza and I are in the process of researching and drafting motions, but require a brief extension to file them. Therefore, on behalf of both of us, I respectfully request that Your Honor extend our motion due date until Friday, July 10, 2020.

    I have reached out to AUSA Finkel, who has no objection to our request, but respectfully requests that the Court extend the government's response date until Wednesday, July 15, 2020.

    Should the Court permit our request, both parties have no objection to the Court rescheduling our upcoming status conference to accommodate our motion practice.

    Thank you for your attention and consideration.

The requested extensions are granted, and the conference will be adjourned to the week of July 20, 2020. The Court finds pursuant to 18 U.S.C. §3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through July 24, 2020, outweigh the best interests of the public and the defendant(s) in a speedy trial for the reasons stated above. DE#46 resolved.

SO ORDERED.
Dated: 7/7/2020

__/s/ Laura Taylor Swain__
Laura Taylor Swain, USDJ

Very Truly Yours,

SULLIVAN | BRILL, LLP
Attorneys for Mr. Christopher

By: Steven Brill