UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               v.<br><br>DARRIUS CHRISTOPHER and ROBERT WADE,<br><br>               Defendants. | 19-CR-875 (SHS)<br><br>ORDER |

SIDNEY H. STEIN, U.S. District Judge.

Due to the COVID-19 pandemic, the Southern District of New York has a limited number of specially designated courtrooms available for jury trials. The judges of the Southern District, working with the Clerk of Court, have worked to schedule trials in the first quarter of 2021 so that trials may proceed safely. Once a trial date is set for an action through this process, it cannot be changed, although it may be adjourned to another quarter of 2021 if extenuating circumstances arise.

Accordingly, IT IS HEREBY ORDERED that:

1. The trial of this action is scheduled for March 10, 2021;
2. The proposed jury charges, proposed voir dire, and any motions *in limine* are due by February 10, 2021; and
3. Responses to any motions *in limine* are due by February 17, 2021; and
4. The final pretrial conference is scheduled for February 26, 2021, at 11:00 AM.

Dated: New York, New York
       December 9, 2020

SO ORDERED

*Sidney H. Stein*
SIDNEY H. STEIN
U.S.D.J.