UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-875 (SHS) |
| -v- | : | ORDER |
| DARRIUS CHRISTOPHER, and ROBERT WADE, | : | |
| Defendants. | : | |

----------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

The Court has been advised that the *Ad Hoc* Committee on the Resumption of Jury Trials has scheduled the trial of this matter to commence on Tuesday, August 17, 2021. Accordingly,

IT IS HEREBY ORDERED that:

1. The proposed jury charges, proposed *voir dire*, and any motions *in limine* are due by July 16, 2021;

2. Responses to any motions are due by July 30, 2021;

3. The final pretrial conference is adjourned to August 6, 2021, at 10:00 a.m. and will take place in Courtroom 23A; and

4. The trial of this matter is scheduled to commence on August 17, 2021, at 9:30 a.m.

Dated: New York, New York
June 4, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.