UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-875 (SHS) |
| -v- | : | <u>ORDER</u> |
| DARRIUS CHRISTOPHER, and ROBERT WADE, | : | |
| | : | |
| Defendants. | | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

At the request of the parties,

IT IS HEREBY ORDERED that there will be a pretrial conference on June 18, 2021, at 9:00 a.m. The conference will be held in Courtroom 23A.

Dated: New York, New York
       June 11, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.