UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA,  :  19-Cr-875 (SHS)

    -v -  :  <u>ORDER</u>

DARRIUS CHRISTOPHER and  :
ROBERT WADE,
                                      :
              Defendants.
------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The Court's *Ad Hoc* Committee on the Resumption of Jury Trials has determined that the trial of this action shall commence on Monday, November 15, 2021. This matter is the first trial scheduled on that date which means that the trial will start on November 15, 2021.

      IT IS H EREBY ORDERED that:

      1.      The proposed jury charges, proposed *voir dire*, and any motions in *limine* shall be filed by October 22, 2021;

      2.      Responses to any motions in *limine* shall be filed by October 29, 2021; and

      3.      There will be a final pretrial conference on November 10, 2021, at 3:00 p.m., in Courtroom 23A.

Dated: New York, New York
       August 30, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.