UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-875 (SHS) |
| -v- | : | <u>ORDER</u> |
| DARRIUS CHRISTOPHER, and ROBERT WADE, | : | |
| | : | |
| Defendants. | | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that there will be a pretrial conference on November 19, 2021, at 2:00 p.m. The conference will be held in Courtroom 23A.

Dated: New York, New York
       November 11, 2021

SO ORDERED

*[signature]*

_____
SIDNEY H. STEIN
U.S.D.J.