UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.                                                                                             **ORDER**
                                                                                          **19 Cr. 875 (SHS)**

DARRIUS CHRISTOPHER

---

      Upon the application of the defendant DARRIUS CHRISTOPHER, by and through his attorneys, Sullivan Brill, LLP, the Court hereby orders the Metropolitan Detention Center (the MDC") in Brooklyn, New York, to accept clothing for Mr. Christopher to wear during his trial in the above-captioned case, currently scheduled to begin on November 22, 2021. The Court further orders the MDC to permit such clothing to be made available to Mr. Christopher prior to each court date in this case.

      Counsel for Mr. Christopher will provide this Order to the appropriate personnel at the MDC.

Dated: New York, New York
November 17, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.