UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,  :  19-Cr-875 (SHS)

-v -  :  ORDER

DARRIUS CHRISTOPHER and  :
ROBERT WADE,
  :
Defendants.
-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

IT IS H EREBY ORDERED that:

1. Any post-verdict motions are due by January 21, 2022;

2. The government shall respond to any motions by February 7, 2022;

3. The defendants' sentencing submissions are due by February 16, 2022;

4. The government's sentencing submissions are due by February 23, 2022; and

5. The sentencing of defendants will take place on March 10, 2022, at 4:30 p.m.

Dated: New York, New York
       December 7, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.