UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,  :   19-Cr-875 (SHS)

       -v-  :   ORDER

DARRIUS CHRISTOPHER, and  :
ROBERT WADE,
                                  :
        Defendants.
-------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    The Court having reviewed the letters filed by the parties [Doc. Nos. 161, 162, and 163],

IT IS HEREBY ORDERED that:

1. The defense sentencing submissions for both defendants are due by May 20, 2022;

2. The government's submissions are due by May 27, 2022;

4. Defendant Christopher's sentencing is adjourned to June 10, 2022, at 9:30 a.m.;

4. Defendant Wade's sentencing is adjourned to June 10, 2022, at 10:30 a.m.

Dated: New York, New York
       April 7, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.