UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-875 (SHS) |
| -v- | : | <u>ORDER</u> |
| DARRIUS CHRISTOPHER, and ROBERT WADE, | : | |
| Defendants. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that:

    1.    The defense sentencing submissions for both defendants are due by August 12, 2022;

    2.    The government's submissions are due by August 19, 2022;

    3.    Defendant Christopher's sentencing is adjourned to September 8, 2022, at 10:00 a.m.; and

    4.    Defendant Wade's sentencing is adjourned to September 8, 2022, at 10:30 a.m.

Dated: New York, New York
        May 18, 2022

SO ORDERED

*[signature]*

SIDNEY H. STEIN
U.S.D.J.