UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-875 (SHS) |
| -v- | : | ORDER |
| DARRIUS CHRISTOPHER, and ROBERT WADE, | : | |
| Defendants. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

The Court has received defendant Wade's letter motion requesting an adjournment of his sentencing date [ECF Doc. No. 168], and the government's opposition to that request [ECF Doc. No. 169].

IT IS HEREBY ORDERED that:

1. The defense sentencing submissions for each defendant are due by September 6, 2022;

2. The government's submissions are due by September 13, 2022;

3. Defendant Christopher's sentencing is adjourned to October 11, 2022, at 2:30 p.m., and defendant Wade's sentencing is adjourned to October 11, 2022, at 3:00 p.m.; and

4. There will be no further adjournments.

Dated: New York, New York
August 10, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.