

August 31, 2022

VIA ECF
Honorable Sidney H. Stein
United States District Judge
500 Pearl Street
New York, New York 10007-1312

                Re: *United States v. Christopher*
                   Ind. # 19 Cr. 875 (SHS)

Dear Judge Stein:

    On August 10, 2022, Your Honor scheduled the sentencing hearings for both Mr. Christopher and Mr. Wade for October 11, 2022.  The minute I received that notification, I emailed your Court to inform them that I would be out of the Country on October 11.  I was told that the Court would be available on October 26 at 4:00pm.  My understanding is that date is agreeable to both defendants.

    I am fully aware of Your Honor's admonition that "there will be no further adjournments," but given my unavailability, I respectfully ask that the Court permit this final request.

    Thank you for your attention and consideration.

                                    Very Truly Yours,

                                    SULLIVAN|BRILL, LLP
                                    Attorneys for Mr. Christopher

                                    By: Steven Brill