

**SULLIVAN BRILL**
TRIAL LAWYERS

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

October 5, 2022

VIA ECF
Honorable Sidney H. Stein
United States District Judge
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

Re:   *United States v. Christopher*
      Ind. # 19 Cr. 875 (SHS)

Dear Judge Stein:

Mr. Christopher's sentencing submissions are due today, October 5, 2022. Today, however, is Yom Kippur, which is a holiday I am observing. May I respectfully request that the Court extend our submission deadline for one day, and permit us to file our submission by tomorrow, October 6, 2022, instead?

Thank you for your attention and consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP
Attorneys for Mr. Christopher

By: Steven Brill

**Defendant's request to file their sentencing submission on October 6 is granted.**

**Dated:  New York, New York
         October 6, 2022**

SO ORDERED:

Sidney H. Stein, U.S.D.J.