

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 11, 2022

**BY ECF**
Hon. Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

Re:   *United States v. Darrius Christopher and Robert Wade*, S1 19 Cr. 875 (SHS)

Dear Judge Stein:

The Government writes to respectfully request that the Court extend the Government's deadline to file its sentencing submissions to Friday, October 14, 2022. The Government's sentencing submission is presently due Wednesday, October 12, 2022. The Government seeks additional time to thoroughly respond to the defendants' submissions. The defendants, through their counsel, consent to the Government's request.

The Government is available to address any questions the Court may have.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/
Ryan B. Finkel/ Mollie Bracewell
Assistant United States Attorneys
(212) 637-6612/ 2218

**The government's request for an extension until October 14 to file its sentencing submission is granted.**

**Dated: New York, New York**
     **October 11, 2022**

SO ORDERED:

*/s/ Sidney H. Stein*
Sidney H. Stein, U.S.D.J.

07.02.2020