UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,  :  19-Cr-875 (SHS)

-v-  :  ORDER

DARRIUS CHRISTOPHER, and  :
ROBERT WADE,
            :
    Defendants.
-------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

IT IS HEREBY ORDERED that the sentencings of the defendants are adjourned to November 14, 2022, Mr. Christopher at 3:00 p.m. and Mr. Wade at 3:30 p.m.

Dated: New York, New York
       October 13, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.