UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-875 (SHS) |
| -v- | : | ORDER |
| DARRIUS CHRISTOPHER, and ROBERT WADE, | : | |
| Defendants. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that the sentencing of defendant Christopher will take place on Monday, February 13, 2023, at 10:30 a.m., and the sentencing of defendant Wade will take place on Monday, February 13, 2023, at 11:15 a.m.

Dated: New York, New York
       February 2, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.