LAW OFFICES
DAVID S. GREENFIELD
100 LAFAYETTE STREET • SUITE 502 NEW YORK, N.Y. 10013
(212) 481-9350
TELECOPIER (212) 571-5507

February 10, 2023

**VIA ECF**

Hon. Sidney H. Stein
United States District Judge
  Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: <u>United States v. Robert Wade</u>, 19-cr-875 (SHS)

Dear Judge Stein:

    We represent Robert Wade in the above referenced matter. Mr. Wade and his co-defendant Darrius Christopher are scheduled to be sentenced on Monday, February 13, 2023. We have conferred with counsel for Mr. Christopher and with the Court's approval, it would be the preference of all parties that Mr. Wade be sentenced first.

    I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

David S. Greenfield

cc: All Parties (via ECF)

*Handwritten endorsement:*
2/10/
At the request of counsel, Mr. Wade shall be sentenced at 10:30 A.M. and Mr. Christopher at 11:15 A.M.
So ordered.
/s/ Sidney H. Stein
U.S.D.J.