

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

July 16, 2024

**MEMO ENDORSED**

<u>VIA ECF</u>
Honorable Sidney H. Stein
United States District Judge
500 Pearl Street
New York, New York 10007-1312

Re: *United States v. Christopher*
Ind. # 19 Cr. 875 (SHS)

Dear Judge Stein:

The Court had previously ordered a briefing schedule to address the eligibility of Mr. Christopher for a sentence reduction pursuant to Amendment 821. Given continued scheduling issues, we are respectfully requesting, with no objection from the government, that the briefing scheduling be modified as follows:

Defendant's submission to be filed by August 21, 2024; and
Government's submission to be filed by September 4, 2024.

Thank you for your attention and consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP
Attorneys for Mr. Christopher

By: Steven Brill

**The modified briefing schedule is granted.**

**Dated:  New York, New York**
**      July 16, 2024**

SO ORDERED:

Sidney H. Stein, U.S.D.J.