UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

DARRIUS CHRISTOPHER,

Defendant.

19-CR-00875 (SHS)

ORDER

---

SIDNEY H. STEIN, District Judge:

On February 13, 2023, the defendant was sentenced principally to a term of imprisonment of 137 months.

On August 21, 2024, defense counsel moved for a reduction of sentence based on Amendment 821 to the Sentencing Guidelines. On September 3, 2024, the Government responded. The defendant puts forth and the government does not dispute that the defendant is eligible for a sentence reduction under Amendment 821. The defendant's Guidelines range would now be 97-121 months, based on an offense level of 28 and a criminal history category of III. In addition, the Court finds that the Section 3553(a) factors weigh in favor of reducing the defendant's sentence consistent with the policy underlying Amendment 821.

The Court finds that the defendant is eligible for a sentence reduction and adopts the above calculations as to the defendant's Guidelines range.

Having considered the record in this case and the parties' arguments, it is

ORDERED that the defendant's term of imprisonment is reduced to 121 months' imprisonment. All other components of the sentence remain as originally imposed.

SO ORDERED.

*[signature]*
SIDNEY H. STEIN
United States District Judge

Dated: February 5, 2025
New York, New York